UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LEON MAROTZ,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants. | Case No. 14-cv-04494-JCS<br><br>**ORDER DISMISSING FEDERAL CLAIMS WITH PREJUDICE AND REMANDING CASE TO STATE COURT** |

On March 2, 2015, the Court issued an Order dismissing Plaintiff William Leon Marotz's federal claims with leave to amend. Dkt. 21. The deadline for an amended complaint was April 1, 2015. That date has passed, and no amended complaint has been filed. Plaintiff's federal claims are therefore DISMISSED WITH PREJUDICE, and this action is hereby REMANDED to the California Superior Court for the County of San Francisco for further proceedings regarding Plaintiff's state law claims.[1] *See* 28 U.S.C. § 1367(c); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1262 (9th Cir. 1992) (holding that a district court has discretion to remand a case to state court if all federal claims have been dismissed).

**IT IS SO ORDERED.**

Dated: April 3, 2015

JOSEPH C. SPERO
Chief Magistrate Judge

---

[1] The parties consented to the jurisdiction of the undersigned magistrate judge for all purposes pursuant to 28 U.S.C. § 636(c).